JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **BRUCE JOHAN KAFIL, ET AL.**, <br><br> Defendants. | Case No.   CV 14-05137 WDK-E <br><br> **JUDGMENT** |

   Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Bruce Johan Kafil, individually and doing business as Lotus on Flower, and Lotus of Flower, LLC, an unknown business entity doing business as Lotus of Flower upon the Court's grant of summary judgment in favor of plaintiff.

   IT IS HEREBY ORDERED AND ADJUDGED:

   1. Defendants Bruce Johan Kafil, individually and doing business as Lotus on Flower, and Lotus of Flower, LLC, an unknown business entity doing business as Lotus of Flower, shall pay the plaintiff, Joe Hand Promotions, Inc., $4,000.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: October 31, 2016

_____
William Keller
United States District Judge